UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ED EMMANUEL KNOX,                )   No. ED CV 13-02109-SVW (VBK)
                                 )
            Petitioner,          )   JUDGMENT
                                 )
       v.                        )
                                 )
AMY MILLER,                      )
                                 )
            Respondent.          )
_____  )

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 11/27/13

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE